AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conley, William M. | District Court - Western Wisconsin | 05/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active status | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐  Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

120 North Henry Street, Suite 560
Madison, WI 53703

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Smith Barney (Inv. Acct.) (H) | | | | | | | | | |
| 2. -Accenture PLC Ireland | A | Dividend | | | Sold | 02/03/14 | J | | |
| 3. -Actavis PLC | A | Dividend | J | T | | | | | |
| 4. -AT&T | A | Dividend | | | Sold | 01/02/14 | J | | |
| 5. -Chevron Corp | A | Dividend | | | Sold | 02/03/14 | J | | |
| 6. -ConocoPhillips | A | Dividend | J | T | | | | | |
| 7. -Cummins Inc. | A | Dividend | J | T | | | | | |
| 8. -Danaher Corp | A | Dividend | J | T | | | | | |
| 9. -Deluxe Corporation | A | Dividend | J | T | | | | | |
| 10. -Discover Fincl SVCS | A | Dividend | J | T | | | | | |
| 11. -Duke Energy Corp Hlding Co | A | Dividend | | | Sold | 02/06/14 | J | | |
| 12. -EBAY | A | Dividend | | | Sold | 02/06/14 | J | | |
| 13. -Express Scripts Inc Commen | A | Dividend | J | T | | | | | |
| 14. -Fifth 3rd Bancorp Ohio | B | Dividend | J | T | | | | | |
| 15. -Ford Motor Co New | A | Dividend | | | Sold | 02/06/14 | J | | |
| 16. -General Mills Inc | A | Dividend | | | Sold | 02/06/14 | J | | |
| 17. -Genuine Parts Co | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Honeywell Int'l Inc | A | Dividend | K | T | | | | | |
| 19. -Ill Tool Works Inc. | A | Dividend | J | T | | | | | |
| 20. -Intuit Inc. | A | Dividend | J | T | | | | | |
| 21. -Kansas CY South Ind | D | Dividend | K | T | | | | | |
| 22. -KeyCorp New | A | Dividend | J | T | | | | | |
| 23. -McCormick and Co | D | Dividend | | | Sold | 02/06/14 | J | | |
| 24. -McDonalds Corp | A | Dividend | | | Sold | 02/06/14 | J | | |
| 25. -Mylan Inc. | A | Int./Div. | J | T | | | | | |
| 26. -Nike Inc B | A | Dividend | J | T | | | | | |
| 27. -Oracle Corp | A | Dividend | K | T | | | | | |
| 28. -Pepsico Inc. NC | A | Dividend | J | T | | | | | |
| 29. -Phillipps 66 Co. | A | Dividend | | | Sold | 12/30/14 | J | | |
| 30. -Polaris Industries Inc. | D | Dividend | J | T | | | | | |
| 31. -PPG Industries Inc. | A | Int./Div. | | | Sold | 02/06/14 | J | | |
| 32. -Proctor & Gamble | A | Dividend | J | T | | | | | |
| 33. -Spectra Energy Corp Com | A | Dividend | J | T | | | | | |
| 34. -Starbucks Corp Washington | A | Dividend | | | Sold | 02/06/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -U S Bancorp Com New | A | Dividend | J | T | | | | | |
| 36. -Union Pacific Corp | A | Dividend | K | T | | | | | |
| 37. -Walmart Stores Inc. | A | Dividend | J | T | Buy | 12/24/14 | J | | |
| 38. -Xcel Energy Inc | A | Dividend | J | T | | | | | |
| 39. -Yum Brands Inc | A | Dividend | J | T | | | | | |
| 40. -Davis New York Venture A | A | Dividend | K | T | | | | | |
| 41. -Franklin Mutual Glb Discov A | B | Dividend | K | T | | | | | |
| 42. -Franklin Small Midcap Grw A | | None | K | T | | | | | |
| 43. -money market (Morgan Stanley Smith Barney)(X) | A | Interest | J | T | | | | | |
| 44. Charles Schwab (401K) (H) | | | | | | | | | |
| 45. -American Beacon Lg Cap Value Inst | | None | | | Sold | 09/15/14 | M | | |
| 46. -Fidelity Contrafund | | None | | | Sold | 09/15/14 | N | | |
| 47. -Vanguard Institutional Index | | None | | | Sold | 09/15/14 | L | | |
| 48. -Dreyfus/The Boston Company SM Cp Va | | None | | | Sold | 09/15/14 | L | | |
| 49. -Dodge & Cox Int'l Stock | | None | | | Sold | 09/15/14 | M | | |
| 50. -Baird Aggregate Bond Inst | | None | | | Sold | 09/15/14 | L | | |
| 51. Wells Fargo (IRA) (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Alcatel-Lucent | | None | | | Sold | 09/15/14 | J | | |
| 53. -Bristol Myers Squibb Co | | None | | | Sold | 09/15/14 | J | | |
| 54. -Eli Lilly & Co | | None | | | Sold | 09/15/14 | J | | |
| 55. -Emerson Electric Co | | None | | | Sold | 09/15/14 | J | | |
| 56. -Merck & Co Inc New | | None | | | Sold | 09/15/14 | J | | |
| 57. -Paychex Inc. | | None | | | Sold | 09/15/14 | J | | |
| 58. -Pepsico Inc. | A | Dividend | | | Sold | 09/15/14 | J | | |
| 59. -Pfizer Inc | A | Dividend | | | Sold | 09/15/14 | J | | |
| 60. -Sector SPDR TR Technology Select Sector | | None | | | Sold | 09/15/14 | J | | |
| 61. -Sony Corp ADR New | A | Dividend | | | Sold | 09/15/14 | J | | |
| 62. -Styker Corp | A | Dividend | | | Sold | 09/15/14 | J | | |
| 63. -Wells Fargo Co | | None | | | Sold | 09/15/14 | J | | |
| 64. -Wells Fargo Cash Acc't | | None | | | Sold | 09/15/14 | J | | |
| 65. Wells Fargo (IRA) (H) converted to Morgan Stanley (IRA)(H) | | | | | | | | | |
| 66. -Abbott Laboratories | A | Dividend | | | Sold | 09/15/14 | J | | |
| 67. -Abbuie Inc. Com | A | Dividend | J | T | Buy | 09/15/14 | J | | |
| 68. -Johnson & Johnson | A | Dividend | | | Sold | 09/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -BK Montreal (f/k/a Marshall & Ilsley Corp) | A | Dividend | | | Sold | 09/15/14 | J | | |
| 70. -Pepsico Inc. | A | Dividend | | | Sold | 09/15/14 | J | | |
| 71. -Proctor & Gamble Co | A | Dividend | | | Sold | 09/15/14 | J | | |
| 72. -Sysco Corp | A | Dividend | | | Sold | 09/15/14 | J | | |
| 73. -EuroPacific Growth FD Class A | | None | | | Sold | 09/15/14 | J | | |
| 74. -New World Fund Class A New FX | | None | | | Sold | 09/15/14 | J | | |
| 75. -Wells Fargo Cash Acc't | | None | | | Sold | 09/15/14 | J | | |
| 76. -American Funds SMALLCAP World Fund | A | Int./Div. | K | U | Buy | 09/26/14 | K | | |
| 77. -American Funds EuroPacific Growth Fund | A | Int./Div. | K | U | Buy | 09/26/14 | K | | |
| 78. -Templeton Growth Fund | A | Int./Div. | K | U | Buy | 09/26/14 | K | | |
| 79. -Franklin Mutual Shares Fund | A | Int./Div. | K | U | Buy | 09/26/14 | L | | |
| 80. -American Funds AMCAP Fund | A | Int./Div. | L | U | Buy | 09/26/14 | L | | |
| 81. -Franklin Income Fund | A | Int./Div. | L | U | Buy | 09/26/14 | L | | |
| 82. -American Funds Income Fund of America | A | Int./Div. | L | U | Buy | 09/26/14 | L | | |
| 83. -American Funds New Economy Fund | A | Int./Div. | L | U | Buy | 09/26/14 | L | | |
| 84. -American Funds Washington Mutual Investors Fund | A | Int./Div. | M | U | Buy | 09/26/14 | M | | |
| 85. -Franklin Growth Fund | A | Int./Div. | N | U | Buy | 09/26/14 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Franklin DynaTech Fund | A | Int./Div. | M | U | Buy | 09/26/14 | M | | |
| 87. | | | | | Buy (add'l) | 09/29/14 | L | | |
| 88. -American Funds Growth Fund of America | A | Int./Div. | N | U | Buy | 09/26/14 | N | | |
| 89. | | | | | Buy (add'l) | 09/29/14 | L | | |
| 90. US Bank (401K, mutual funds, no control) (X) | | None | L | T | | | | | |
| 91. Wells Fargo Advantage Funds (H) | | | | | | | | | |
| 92. -EdVest Savings Program 1 Age-Based Option (no control) | | None | M | T | | | | | |
| 93. -EdVest Savings Program 2 Age-Based Option (no control) | | None | L | T | | | | | |
| 94. M&I Bank Accounts | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Converted both Agreements previously listed in Section II (and Section VII as Charles Swab accounts) to Morgan Stanley IRA account

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 05/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William M. Conley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544